IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PATRICIA COPUS, AUSTAN BARDELL
AND ERIK HEDBERG,

    Plaintiffs,

v.

TODD HELPER AND
JANE E. KOHLEWEY,

    Defendants.

ORDER

Case No. 18-cv-19-jdp

In an order entered on January 9, 2018, plaintiff Austan Bardell was told that before I could consider a request to proceed without prepayment of the filing fee, plaintiff would have to submit a trust fund account statement covering the six-month period preceding the filing of the compliant to determine if plaintiff qualifies for indigent status and if so, assess an initial partial payment of the $350 filing fee. A decision regarding plaintiff's indigency status cannot be made at this time because plaintiff has not provided the trust account statement.

Plaintiff will be provided one last opportunity to submit his six-month trust account statement. Once the necessary statement has been submitted, I will calculate the initial partial payment and advise plaintiff of the amount due before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2).

ORDER

IT IS ORDERED that plaintiff Austan Bardell may have an enlargement of time until March 5, 2018 to submit a certified trust fund account statement for the period beginning approximately August 8, 2017 and ending approximately January 8, 2018. If, by March 5,

2018, plaintiff fails to respond to this order, I will assume that plaintiff Bardell wishes to withdraw from this action voluntarily.

Entered this 9th day of February, 2018.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge