IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PATRICIA COPUS AND ERIK HEDBERG,

    Plaintiffs,

v.

TODD HELPER AND
JANE E. KOHLEWEY,

    Defendants.

ORDER

Case No. 18-cv-19-jdp

Plaintiffs Patricia Copus and Erik Hedberg have filed affidavits of indigency in response to this court's order entered on January 9, 2018. From the affidavits of indigency plaintiffs have submitted, I find that plaintiffs are unable to prepay the fees and costs of commencing this action or to give security therefor.

ORDER

IT IS ORDERED that:

1. Plaintiffs' petitions for leave to proceed without prepayment of fees are GRANTED.

2. No further action will be taken in this case until the court has screened the complaint pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Once

the screening process is complete, a separate order will issue.

Entered this 20th day of March, 2018.

BY THE COURT:


/s/
PETER OPPENEER
Magistrate Judge